FILED

01/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0173

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

JOSEPH PAUL DEWISE,

  Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including March 4, 2022, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2022